UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF NORTH CAROLINA

CERTIFICATION OF ADR SESSION

FILED
CHARLOTTE, NC

OCT 31 2022

US DISTRICT COURT
WESTERN DISTRICT OF NC

Tyquane L. White,
   Plaintiff,

v.

Town of Mooresville.
   Defendant.

Case No: 5:21-CV-00099-KDB-DCK

Instructions: This certificate shall be filed by the mediator or by the plaintiff, and served upon all parties upon completion of the ADR process.

I hereby certify that the parties have held an Alternate Dispute Resolution session on _October 26, 2022.

The ADR session was:

__x__ Mediation Session

____ Early Neutral Evaluation Session

____ Settlement Officer

____ Other (Describe type of session). _____

The following individuals, parties, corporate representatives, and or claims professionals attended and were available to participate in the session, and the appropriate individuals possessed the requisite settlement authority:

__x__ Plaintiff and counsel.

__x_ Designated representative

____ Required claims professionals

_____ Other (Describe). _____

The following individuals, parties, corporate representatives, and/or claims professionals failed to appear and/or failed to participate as ordered:

_____

_____

The outcome of the ADR session was:

_x_ The case has been completely settled subject to Board approval. Counsel will promptly notify the Court of settlement by the filing of the appropriate documents governing the settlement of all claims.

___ The case has been partially resolved. Counsel will file a joint stipulation regarding those claims which have been resolved within ten (10) days of the filing of this report. The report shall also contain a brief summary of the issues which remain for the Court to resolve.

___ The parties have reached an impasse.

I certify that the above is a true and accurate report of the ADR process and that all parties have received a copy of this report.

M. Ann Anderson                              October 27, 2022
Mediator

_M. A. Anderson_ (signature)

M. Ann Anderson
Attorney at Law
Mediator
State Bar No. 9677
PO Box 93
Pilot Mountain, NC 27041
336-368-9621