IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
CIVIL ACTION NO. 5:21-CV-099-KDB-DCK

| TYQUANE L. WHITE, | ) |
| --- | --- |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) ORDER |
| | ) |
| TOWN OF MOORESVILLE, | ) |
| | ) |
| Defendant. | ) |
| | ) |

**THIS MATTER IS BEFORE THE COURT** *sua sponte* regarding settlement of this case. The mediator, M. Ann Anderson, filed a "Certification Of ADR Session" (Document No. 18) notifying the Court that the parties reached a settlement on October 26, 2022. The Court commends the mediator, counsel, and the parties for their efforts in resolving this matter.

**IT IS, THEREFORE, ORDERED** that the parties shall file a Stipulation of Dismissal in this case, or in the alternative request an extension of time to file such dismissal, on or before **December 1, 2022**.

**SO ORDERED**.

Signed: November 1, 2022

David C. Keesler
United States Magistrate Judge